AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHARLES COLBY,

      Plaintiff,

            v.

BNSF RAILWAY COMPANY, a
Delaware Corporation,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-251-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED dismissal with prejudice of the Complaint and the claims therein without costs or attorneys fees to any party. File closed.

September 10, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer